JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| SANDRA CLORINDA CODY, | Case No.: 5:24-cv-02264-JDE |
| Plaintiff, | |
| vs. | JUDGMENT OF REMAND |
| LELAND DUDEK, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Remand (Dkt. 15, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: March 11, 2025

_____
JOHN D. EARLY
United States Magistrate Judge