UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SANDRA CLORINDA CODY,<br><br>                Plaintiff,<br><br>        v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>                Defendant. | No. 5:24-cv-02264-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS UNDER 28 U.S.C. § 1920 |

Based upon the parties' Stipulation (Dkt. 18), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $7,500.00 under 28 U.S.C. § 2412(d), and costs of $405.00 under 29 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: March 18, 2025 _____

_____
JOHN D. EARLY
United States Magistrate Judge